**SO ORDERED.**

**Dated: September 17, 2024**



_Madeleine C. Wanslee_
**Madeleine C. Wanslee, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In Re:<br><br>JONATHAN D. CORMIER,<br><br><br><br>Debtor. | In Proceedings Under Chapter 13<br><br>Case No. 2:24-bk-04195-MCW<br><br>ORDER GRANTING MOTION TO EXTEND TIME WITHIN WHICH TO COMPLY WITH TRUSTEE'S RECOMMENDATIONS AND TO SUBMIT STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN |
|---|---|

Debtor, having filed a Motion to Extend Time Within Which to Comply with Trustee's Recommendations and To Submit Stipulated Order Confirming Chapter 13 Plan. The Motion to Extend Time proposes to extend the time within which to comply with Trustee's Evaluation and Recommendations and submit a Stipulated Order Confirming Chapter 13 Plan until October 16, 2024. It appears that good cause exists and that it is in the best interests of all parties.

Therefore, it is hereby ORDERED:

1. That the deadline for Debtor to submit documentation requested by Trustee and a proposed Stipulated Order Confirming Debtor's Plan is October 16, 2024.

**DATED AND SIGNED ABOVE**

1